UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUANITA AIKENS,

           Plaintiff,

v.

WAL-MART STORES, INC.,

           Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Civil Action No.
Case No. 6:16-cv-064560CJS

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that the above-entitled action is hereby voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, as to Defendant.

Dated:  Auburn, New York
          Feb. 20   2017

s/ *Michael Bersani*
_____
Michael Bersani, Esq.
Michaels & Smolak, P.C.
*Attorneys for Plaintiff*
17 E. Genesee Street, Suite 401
Auburn, New York 13021

Dated:  Buffalo, New York
          Feb. 20, 2017

s/ *Pauline C. Will*
_____
Pauline C. Will, Esq.
Bennett Schechter Arcuri & Will LLP
*Attorneys for Defendants*
701 Seneca Street, Suite 609
Buffalo, New York 14210

F:\PCW\Stipulations\Aikens - Stip of Voluntary Dismissal.docx