UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUANITA AIKENS,

                              Plaintiff,

        v.

WAL-MART STORES, INC.,

                              Defendant.

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(ii)**

Civil Action No.
*Case No. 6:16-cv-064560CJS*

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that the above-entitled action is hereby voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, as to Defendant.

Dated:    Auburn, New York
         *Feb. 20* 2017

s/ *Michael Bersani*
_____
Michael Bersani, Esq.
Michaels & Smolak, P.C.
*Attorneys for Plaintiff*
17 E. Genesee Street, Suite 401
Auburn, New York 13021

Dated:    Buffalo, New York
         *Feb. 20*, 2017

s/ *Pauline C. Will*
_____
Pauline C. Will, Esq.
Bennett Schechter Arcuri & Will LLP
*Attorneys for Defendants*
701 Seneca Street, Suite 609
Buffalo, New York 14210

F:\PCW\Stipulations\Aikens - Stip of Voluntary Dismissal.docx

IT IS SO ORDERED.
DATED: 2/21/17      /s/ Charles J. Siragusa
                    CHARLES J. SIRAGUSA
                    United States District Judge